**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JESSE WAYNE PYLES** **PLAINTIFF**
**ADC #165717**

**v.** **No. 4:26-cv-560-DPM**

**SHELBY HOUSTON, Lieutenant/Correctional Officer, Wrightsville Unit; TIFFANY MIXON, Sergeant/Correctional Officer, Wrightsville Unit; and MOSES JACKSON, Warden, Wrightsville Unit** **DEFENDANTS**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Pyles didn't file a signed amended complaint; and the time to do so has passed. *Doc. 4 & 6.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 August 2026