**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JESSE WAYNE PYLES**
**ADC #165717** **PLAINTIFF**

**v.** **No. 4:26-cv-560-DPM**

**SHELBY HOUSTON, Lieutenant/Correctional Officer, Wrightsville Unit; TIFFANY MIXON, Sergeant/Correctional Officer, Wrightsville Unit; and MOSES JACKSON, Warden, Wrightsville Unit** **DEFENDANTS**

# JUDGMENT

Pyles's complaint is dismissed without prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

18 August 2026